# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 18, 2010

*Before*

RICHARD D. CUDAHY, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

JOHN W. DARRAH, *District Judge*\*

| | |
|---|---|
| No.: 09-3204 | JANE WYNNE PETTITT, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BOEING COMPANY, a corporation, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:09-cv-03709<br>Northern District of Illinois, Eastern Division<br>District Judge Samuel Der-Yeghiayan |

The slip opinion of this court issued on May 17, 2010, is **AMENDED** as follows:

On page 7, line 9 of footnote 5, change "it" to "he".

_____

\*Honorable John W. Darrah, United States District Judge for the Northern District of Illinois, sitting by designation.